IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARY GOLD CATALUNA, | ) | CIV NO 14-00480 LEK-RLP |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| VINCENT VANDERFORD; QUEENS HOSPITAL; STATE OF HAWAII; MILITARY HAWAII DEPARTMENT; POLICE STATE; SAMOAN PEOPLE, HAWAIIAN PEOPLE, KAIULANI ELEMENTARY SCHOOL, FEDERAL PRISON SERVICE, MAIL DEPARTMENT BLACK BUDGET.COM, SOLARIS.COM, SCIENCE.COM, TIME.COM, BIOSCIENCE, FEDERAL HOUSING MAYOR RIGHTS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 27, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That The District Court Dismiss The Complaint With Leave To Amend And Deny Plaintiff's Application To Proceed Without Prepaying Fees"

(ECF No. [4]) are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAII, November 18, 2014.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**MARY GOLD CATALUNA VS. VINCENT VANDERFORD, ET AL; CIVIL 14-00480 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**